**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kia N. Broadway aka Kia N. Thompson Brown | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-17151 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HABITAT FOR HUMANITY PHILADELPHIA, INC. S/B/M TO HABITAT FOR HUMANITY - WEST PHILADELPHIA. and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Kevin G. McDonald, Esquire**
    Kevin G. McDonald, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322