The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | | | 1.73 | 35.71 | Federal Tax | 150.53 | 3186.28 |
| 050 Hlth Med Leave | | | 0.00 | 428.93 | Social Security | 90.80 | 1890.23 |
| 060 TOB | | | 0.00 | 3247.58 | Medicare | 21.24 | 442.07 |
| Dev Time Entry Wage | 80.00 | 18.17 | 1453.50 | 26619.01 | PA State Tax | 44.91 | 934.87 |
| Bonus | | | 0.00 | 473.64 | Philadelphia | 66.57 | 1389.96 |
| 2nd Job | 17.75 | 15.00 | 266.25 | 5040.00 | OPT Westtown Township | 2.00 | 42.00 |
| | | | | | PA Unemployment | 1.03 | 21.51 |
| | | | | | Medical Ins | 232.15 | 4875.15 |
| | | | | | Dental Ins | 24.00 | 504.00 |
| | | | | | ADPL Ins | 0.84 | 17.64 |
| | | | | | Pension RC Roth | 43.61 | 908.93 |
| | | | | | General Ops | 2.00 | 42.00 |
| | | | | | Vol Life Ins | 1.84 | 38.64 |
| | | | | | Vol Accident Ins | 11.55 | 242.55 |
| | | | | | Vol STD | 6.84 | 68.44 |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| Kia Broadway | 27896 | 09/29/2019 | 10/12/2019 | 10/18/2019 | 97.75 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 1721.48 | 35884.32 | 256.99 | 5396.79 | 377.08 | 7906.92 | 65.84 | 1300.56 | 1019.84 | 21244.34 |

| DEV Pension Contr CTD | DEV Pension Contr YTD | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|---|
| 101.75 | 2120.75 | 28.00 | 56.00 | |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 868079203 | C | XXXXXXXXX1540 | 944.84 |
| 868079203 | C | XXXX5701 | 75.00 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 0 | 0 |

| Message(s) |
|---|
| |

The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | | | 1.73 | 33.98 | Federal Tax | 132.98 | 3035.75 |
| 050 Hlth Med Leave | 4.00 | 18.17 | 72.68 | 428.93 | Social Security | 81.73 | 1799.43 |
| 060 TOB | | | 0.00 | 3247.58 | Medicare | 19.11 | 420.83 |
| Dev Time Entry Wage | 76.00 | 18.17 | 1380.83 | 25165.51 | PA State Tax | 40.42 | 889.96 |
| Bonus | | | 0.00 | 473.64 | Philadelphia | 60.91 | 1323.39 |
| 2nd Job | 8.00 | 15.00 | 120.00 | 4773.75 | OPT Westtown Township | 2.00 | 40.00 |
| | | | | | PA Unemployment | 0.95 | 20.48 |
| | | | | | Medical Ins | 232.15 | 4643.00 |
| | | | | | Dental Ins | 24.00 | 480.00 |
| | | | | | ADPL Ins | 0.84 | 16.80 |
| | | | | | Pension RC Roth | 43.61 | 865.32 |
| | | | | | General Ops | 2.00 | 40.00 |
| | | | | | Vol Life Ins | 1.84 | 36.80 |
| | | | | | Vol Accident Ins | 11.55 | 231.00 |
| | | | | | Vol STD | 6.84 | 61.60 |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| Kia Broadway | 27896 | 09/15/2019 | 09/28/2019 | 10/04/2019 | 84.00 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 1575.24 | 34162.84 | 256.99 | 5139.80 | 338.10 | 7529.84 | 65.84 | 1234.72 | 912.58 | 20224.50 |

| DEV Pension Contr CTD | DEV Pension Contr YTD | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|---|
| 101.75 | 2019.00 | 24.00 | 48.00 | |

**Net Pay Distribution**

| Deposit/Check Number | Account Type | Account Number | Amount |
|---|---|---|---|
| 865691949 | C | XXXXXXXXX1540 | 837.58 |
| 865691949 | C | XXXX5701 | 75.00 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 0 | 0 |

**Message(s)**
Please remember to use any TOB Carryover Balance by September 14, 2019

The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | | | 1.73 | 32.25 | Federal Tax | 135.68 | 2902.77 |
| 050 Hlth Med Leave | | | 0.00 | 356.25 | Social Security | 83.13 | 1717.70 |
| 060 TOB | 24.00 | 18.17 | 436.05 | 3247.58 | Medicare | 19.44 | 401.72 |
| Dev Time Entry Wage | 56.00 | 18.17 | 1017.45 | 23784.68 | PA State Tax | 41.11 | 849.54 |
| Bonus | | | 0.00 | 473.64 | Philadelphia | 61.78 | 1262.48 |
| 2nd Job | 9.50 | 15.00 | 142.50 | 4653.75 | OPT Westtown Township | 2.00 | 38.00 |
| | | | | | PA Unemployment | 0.95 | 19.53 |
| | | | | | Medical Ins | 232.15 | 4410.85 |
| | | | | | Dental Ins | 24.00 | 456.00 |
| | | | | | ADPL Ins | 0.84 | 15.96 |
| | | | | | Pension RC Roth | 43.61 | 821.71 |
| | | | | | General Ops | 2.00 | 38.00 |
| | | | | | Vol Life Ins | 1.84 | 34.96 |
| | | | | | Vol Accident Ins | 11.55 | 219.45 |
| | | | | | Vol STD | 6.84 | 54.76 |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| Kia Broadway | 27896 | 09/01/2019 | 09/14/2019 | 09/20/2019 | |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 1597.73 | 32587.60 | 256.99 | 4882.81 | 344.09 | 7191.74 | 65.84 | 1168.88 | 929.08 | 19311.92 |

| DEV Pension Contr CTD | DEV Pension Contr YTD | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|---|
| 101.75 | 1917.25 | 24.00 | 40.00 | |

### Net Pay Distribution

| Deposit/Check Number | Account Type | Account Number | Amount |
|---|---|---|---|
| 863462707 | C | XXXXXXXXX1540 | 854.08 |
| 863462707 | C | XXXX5701 | 75.00 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 0 | 0 |

### Message(s)
Please remember to use any TOB Carryover Balance by September 14, 2019



Devereux
2012 Renissance Boulevard
King of Prussia PA 19406
610-520-3000

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | | | 1.73 | 30.52 | Federal Tax | 159.08 | 2767.09 |
| 050 Hlth Med Leave | | | 0.00 | 356.25 | Social Security | 95.22 | 1634.57 |
| 060 TOB | 12.00 | 18.17 | 218.03 | 2811.53 | Medicare | 22.27 | 382.28 |
| Dev Time Entry Wage | 68.00 | 18.17 | 1235.48 | 22767.23 | PA State Tax | 47.09 | 808.43 |
| Bonus | | | 0.00 | 473.64 | Philadelphia | 69.33 | 1200.70 |
| 2nd Job | 22.50 | 15.00 | 337.50 | 4511.25 | OPT Westtown Township | 2.00 | 36.00 |
| | | | | | PA Unemployment | 1.08 | 18.58 |
| | | | | | Medical Ins | 232.15 | 4178.70 |
| | | | | | Dental Ins | 24.00 | 432.00 |
| | | | | | ADPL Ins | 0.84 | 15.12 |
| | | | | | Pension RC Roth | 43.61 | 778.10 |
| | | | | | General Ops | 2.00 | 36.00 |
| | | | | | Vol Life Ins | 1.84 | 33.12 |
| | | | | | Vol Accident Ins | 11.55 | 207.90 |
| | | | | | Vol STD | 6.84 | 47.92 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 1792.74 | 30989.87 | 256.99 | 4625.82 | 396.07 | 6847.65 | 65.84 | 1103.04 | 1072.11 | 18382.84 |

| Employee Name | Employee Number | Period Begin Date | Period End Date | Check Date |
|---|---|---|---|---|
| Kia Broadway | 27896 | 08/18/2019 | 08/31/2019 | 09/06/2019 |
| Filing Status | | | Exemptions | Additional W/H |
| Federal | Single | | 0 | 0 |

| DEV Pension Contr CTD | DEV Pension Contr YTD | HML Balance | TOB Balance | *TOB Carryover Balance |
|---|---|---|---|---|
| 101.75 | 1815.50 | 20.00 | 56.00 | 16.00 |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 861235607 | C | XXXX5701 | 75.00 |
| 861235607 | C | XXXXXXXXX1540 | 997.11 |

Message(s)
Please remember to use any TOB Carryover Balance by September 14, 2019