United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-17151-jkf
Kia N. Broadway                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Mar 20, 2020
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
14421396        +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   HABITAT FOR HUMANITY PHILADELPHIA, INC. S/B/M TO
            HABITAT FOR HUMANITY - WEST PHILADELPHIA bkgroup@kmllawgroup.com
          MARIO J. HANYON   on behalf of Creditor   Santander Bank, N.A. paeb@fedphe.com
          MICHAEL D. SAYLES   on behalf of Debtor Kia N. Broadway midusal@comcast.net,
            michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Santander Bank, N.A. paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Credit Acceptance Corporation
            ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                     TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-17151-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kia N. Broadway
4950 West Stiles Street
Philadelphia PA 19131

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 551160408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/22/20

Tim McGrath

**CLERK OF THE COURT**