IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: KIA N. BROADWAY **Debtor(s)** | ) ) ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION **Moving Party** | ) ) ) | Case No.: 19-17151 (JKF) |
| v. | ) ) | **Hearing Date:  3-4-20 at 9:30 AM** |
| KIA N. BROADWAY **Respondent(s)** | ) ) ) | 11 U.S.C. 362 |
| SCOTT F. WATERMAN **Trustee** | ) ) ) ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about March 30, 2020 in the above matter is APPROVED.

Dated: 3/31/20

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon