IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Kia Broadway** | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bankruptcy No.: **19-17151** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date: **April 21, 2020**                                   Respectfully Submitted,

                                                                    **\s\ Michael D. Sayles**
                                                                    Michael D. Sayles
                                                                    Attorney for Debtor
                                                                    427 W. Cheltenham Avenue, Suite #2
                                                                    Elkins Park, PA  19027
                                                                    215-635-2270 (phone)
                                                                    215-424-1263 (fax)
                                                                    midusa1@comcast.net