UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Kia N. Broadway | Bankruptcy No.19-17151-JKF

Debtor |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 22nd day of April, 2020, by first class mail upon

those listed below:

Kia N. Broadway
4950 West Stiles Street
Philadelphia, PA  19131

**Electronically via CM/ECF System Only:**

MICHAEL D SAYLES  ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK, PA  19027-3201


/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee