**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **KIA N. BROADWAY A/K/A KIA N. THOMPSON BROWN** | : | **BK. No. 19-17151 JKF** |
| Debtors | : | **Chapter No. 13** |
| | : | |
| **SANTANDER BANK, N.A.** | : | |
| Movant | : | |
| v. | : | |
| **KIA N. BROADWAY A/K/A KIA N. THOMPSON BROWN** | : | |
| Respondents | : | |
| | : | |

## PRAECIPE TO WITHDRAW THE PROOF OF CLAIM #5

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Proof of Claim #5, filed on January 22, 2020, Docket Entry 5-1.

Respectfully submitted,

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

June 25, 2020

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BK. No. 19-17151 JKF |
| KIA N. BROADWAY A/K/A KIA N. THOMPSON BROWN | : | |
| | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| SANTANDER BANK, N.A. | : | |
| Movant | : | |
| v. | : | |
| KIA N. BROADWAY A/K/A KIA N. THOMPSON BROWN | : | |
| | : | |
| Respondents | : | |
| | : | |

## CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW THE PROOF OF CLAIM #5

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Proof of Claim #5 on the parties at the addresses shown below or on the attached list on June 25, 2020.

SCOTT F WATERMAN, ESQUIRE (TRUSTEE)
2901 SAINT LAWRENCE AVENUE, SUITE 100
READING, PA 19606

KIA N. BROADWAY
4950 WEST STILES STREET
PHILADELPHIA, PA 19131-4527

MICHAEL D. SAYLES., ESQUIRE
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

June 25, 2020