| **Fill in this information to identify the** **Fill in this information to identify the case:** |
|---|
| Debtor 1    Kia N. Broadway aka Kia N. Thompson Brown |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    19-17151 AMC |

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** HABITAT FOR HUMANITY PHILADELPHIA, INC. S/B/M TO HABITAT FOR HUMANITY - WEST PHILADELPHIA.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0151

**Date of payment change:**
Must be at least 21 days after date of this notice        01/01/2022

**New total payment:**        $287.36
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $151.81        New escrow payment:    $ 153.91

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____        New mortgage payment:  $ _____

| Debtor(s) | Kia N. Broadway | | Case number (*if known*) 19-17151 AMC |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca Solarz                                      Date    11/08/2021
Signature
**Print:** Rebecca Solarz
08 Nov 2021, 10:11:37, EST

Title  **Attorney for Creditor**

Company  KML Law Group, P.C.

Address  701       Market Street, Suite 5000
         Number    Street
         Philadelphia,                    PA    19106
         City                             State ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com