Santander Bank, N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---:|
| CITY TAX | $28.00 |
| HAZARD INS | $1,819.00 |
| Total | $1,847.00 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
ACCOUNT NUMBER:
ESCROW ANALYSIS DATE: 10/22/2021

Kia Thompson Brown
Milton Brown
4950 W Stiles St
Philadelphia, PA 19131-4527

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---:|
| Principal and Interest | $133.45 |
| Required Escrow Payment | $153.91 |
| Shortage/Surplus Spread | |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$287.36** |
| **New Payment Effective Date:** | **01/01/2022** |

Santander Bank, N.A. has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 01/2022 through 12/2022 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | $1,309.84 | $1,231.36 |
| JAN | $153.91 | | | | | | $1,463.75 | $1,385.27 |
| FEB | $153.91 | | | | | | $1,617.66 | $1,539.18 |
| MAR | $153.91 | | $28.00 | | | | $1,743.57 | $1,665.09 |
| APR | $153.91 | | | | | | $1,897.48 | $1,819.00 |
| MAY | $153.91 | | | | | | $2,051.39 | $1,972.91 |
| JUN | $153.91 | | | | $1,819.00 | | $386.30 | $307.82 * |
| JUL | $153.91 | | | | | | $540.21 | $461.73 |
| AUG | $153.91 | | | | | | $694.12 | $615.64 |
| SEP | $153.91 | | | | | | $848.03 | $769.55 |
| OCT | $153.91 | | | | | | $1,001.94 | $923.46 |
| NOV | $153.91 | | | | | | $1,155.85 | $1,077.37 |
| DEC | $153.91 | | | | | | $1,309.76 | $1,231.28 |
| Total | | | $28.00 | | $1,819.00 | | | |

*Indicates your projected low point of $386.30. Your required reserve balance is $307.82. The difference between the projected low point and required reserve balance is $78.48. This is your escrow surplus amount. The escrow surplus amount in your escrow account is $50.00 or more. The surplus amount will be refunded to you in the form of a check that either (a) is included with this statement or (b) if your loan is current as of the date of the escrow analysis and your refund check is not included with this statement, it will be mailed to you within 30 days.

If you have questions regarding this analysis, please write our Customer Service Department at Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1.855.241.5700, Monday through Friday, 8:00 am to 5:00 pm, EST.

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT FOR ACCOUNT 11/10/21

**Account Number** ▮▮▮▮▮▮▮▮▮▮   **Name: Kia Thompson Brown**

This is a statement of actual activity in your escrow account from 01/2021 through 12/2021.  Last year's projections are next to the actual activity.  Your mortgage payment for the past year was $295.95 of which $133.45 was for principal and interest and $162.50 went into your escrow account.  An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $1,214.48 | $5,304.00- |
| JAN | $151.81 | * | | | | $1,366.29 | $5,304.00- |
| FEB | $151.81 | $972.21 * | $27.72 | * | CITY TAX | $1,490.38 | $4,331.79- |
| FEB | | | | $28.00 * | CITY TAX | $1,490.38 | $4,359.79- |
| MAR | $151.81 | $162.50 * | | | | $1,642.19 | $4,197.29- |
| APR | $151.81 | $162.50 * | | | | $1,794.00 | $4,034.79- |
| MAY | $151.81 | $162.50 * | | $1,819.00 * | HOME INS | $1,945.81 | $5,691.29- |
| JUN | $151.81 | $162.50 * | $1,794.00 | * | HOME INS | $303.62 | $5,528.79- |
| JUL | $151.81 | $162.50 * | | | | $455.43 | $5,366.29- |
| AUG | $151.81 | $162.50 * | | | | $607.24 | $5,203.79- |
| SEP | $151.81 | $162.50 * | | | | $759.05 | $5,041.29- |
| OCT | $151.81 | $6,047.51 *Y | | | | $910.86 | $1,006.22 |
| NOV | $151.81 | $151.81 Y | | | | $1,062.67 | $1,158.03 |
| DEC | $151.81 | $151.81 Y | | | | $1,214.48 | $1,309.84 |
| Total | $1,821.72 | $8,460.84 | $1,821.72 | $1,847.00 | | | |

**OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.**

**Last year, we anticipated that payments from your escrow account would be made during this period equaling $1,821.72.  Under Federal Law, your lowest balance should not have exceeded $303.62 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount.  Under your mortgage contract and/or state law, your lowest balance should not have exceeded $303.62.**