# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kia N. Broadway aka Kia N. Thompson Brown<br>**Debtor(s)**<br><br>**HABITAT FOR HUMANITY PHILADELPHIA, INC. S/B/M TO HABITAT FOR HUMANITY - WEST PHILADELPHIA.**<br>**Movant**<br>vs.<br><br>**Kia N. Broadway aka Kia N. Thompson Brown**<br>**Debtor(s)**<br><br>**Scott F. Waterman**,<br>**Trustee** | BK NO. 19-17151 AMC<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kia N. Broadway aka Kia N. Thompson Brown
4950 West Stiles Street
Philadelphia, PA 19131

Attorney for Debtor(s)
Michael D. Sayles, Esq.
427 West Cheltenham Ave. (VIA ECF)
Elkins Park, PA 19027

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>November 9, 2022</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com